ARTHUR L. WEISS, Appellant, *v.* HARRY GOLDBERGER et al., Respondents, Impleaded with Others.

*Appeal — reversal of order granting summary judgment and denial of motion — appeal therefrom dismissed.*

*Weiss* v. *Goldberger*, 209 App. Div. 615, appeal dismissed.

(Submitted September 29, 1924; decided October 7, 1924.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 6, 1924, which reversed an order of Special Term granting a motion for summary judgment and denied said motion.

The motion was made upon the ground that permission to appeal had not been obtained.

*Nathan D. Leiman* for motion.

*Arthur Hutter* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

HENRY B. BRITTON, Individually and as Surviving Partner of CHARLES P. BRITTON & Co., Appellant, *v.* ROSE B. SCOGNAMILLO, as Executrix of ENRICO M. SCOGNAMILLO, Deceased, Respondent.

(Submitted September 29, 1924; decided October 7, 1924.)

Motion for re-argument or to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 238 N. Y. 375.)